AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Chrome Hearts, LLC,

    Plaintiff,

v.

Boutique Talulah, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**
Attorney's Fees

Case Number: 2:12-cv-00280-MMD -RJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that attorney's fees are awarded to Plaintiff Chrome Hearts, LLC. and against Defendant XRTZ, Inc. in the amount of $1,950.00.

September 28, 2012
Date

/s/ Lance S. Wilson
Clerk

/s/ Erin Smith
(By) Deputy Clerk