UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHROME HEARTS, LLC,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>BOUTIQUE TALULAH, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:12-cv-00280-MMD-NJK<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE |

On March 11, 2013, the Court issued an order to show cause why the parties failed to file a discovery plan in this matter. Docket No. 34. The Court received responses from counsel. Docket Nos. 35, 37. The Court also held a hearing on this matter on March 25, 2013. For good cause shown, the Court hereby discharges the March 11, 2013 order to show cause.

IT IS SO ORDERED.

DATED: March 26, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge