# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHROME HEARTS, LLC,

    Plaintiff(s),

vs.

BOUTIQUE TALULAH, et al.,

    Defendant(s).

Case No. 2:12-cv-00280-MMD-NJK

ORDER DISCHARGING ORDER TO SHOW CAUSE

On March 11, 2013, the Court issued an order to show cause why the parties failed to file a discovery plan in this matter. Docket No. 34. The Court received responses from counsel. Docket Nos. 35, 37. The Court also held a hearing on this matter on March 25, 2013. For good cause shown, the Court hereby discharges the March 11, 2013 order to show cause.

IT IS SO ORDERED.

DATED: March 26, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge