# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHROME HEARTS, LLC, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:12-cv-00280-MMD-NJK |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION |
| | ) | TO WITHDRAW AS COUNSEL |
| BOUTIQUE TALULAH, et al., | ) | (Docket No. 32) |
| | ) | |
| Defendant(s). | ) | |

On March 11, 2013, the Court issued a minute order scheduling a hearing on Mario Lovato's motion to withdraw as counsel for Defendant XRTZ, Inc. d/b/a Boutique Talulah. Docket No. 33. The Court held the hearing as scheduled on March 25, 2013, but Defendant failed to appear as ordered. For the reasons stated at the hearing and for good cause shown, the Court **GRANTS** that motion to withdraw. Not later than April 1, 2013, Defendant's withdrawing counsel of record, Mario Lovato, is **ORDERED** to serve this order on Defendant and to file a proof of service.

In light of the Court granting the motion to withdraw as counsel, Defendant is not currently represented by counsel. Corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). As such, Defendant is hereby **ORDERED** to retain counsel and have counsel enter a notice of appearance in this case no later than April 24, 2013. If no such notice is made, the Court will recommend that default judgment be entered against Defendant.

//

IT IS FURTHER ORDERED that the Clerk of the Court shall:

1. Add the last known address of Defendant to the civil docket:

   XRTZ, Inc.
   3200 Las Vegas Blvd. S., Suite 1145
   Las Vegas, NV 89109

2. Serve Defendant with a copy of this order at its last known addresses listed above.

IT IS SO ORDERED.

DATED: March 26, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge