|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| ... |     |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHROME HEARTS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br>vs.<br><br>XRTZ, Inc., dba BOUTIQUE TALULAH, an unknown business entity; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:12-CV-00280-MMD-NJK<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT |

After consideration of Plaintiff's Application for Default Judgment, the Memorandum of Points and Authorities in support thereof, the Declaration Brent Blakely, and the pleadings, files and records of this matter, the Court issues the following Order for Default Judgment and Permanent Injunction.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiff Chrome Hearts, LLC in the amount of $__3,000,000__.00 against Defendant XRTZ, Inc. dba Boutique Talulah, in addition to costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant, its officers, agents, servants and employees and any persons in active concert or participation with it are permanently restrained and enjoined from infringing upon the Chrome Hearts Marks and Copyrighted Works (as defined in the First Amended Complaint), either directly or contributorily, in any manner, including but not limited to:

    (a)    Manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, and/or selling any products which bear the Chrome Hearts Marks and Copyrighted Works, or any marks/designs identical, substantially similar, and/or confusingly similar thereto, including but not limited to the infringing products at issue in this action;

    (b)    Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner items falsely bearing the Chrome Hearts Marks and Copyrighted Works, or any reproduction, counterfeit, copy or colorable imitation thereof, including but not limited to the infringing products at issue in this action;

    (c)    Using the Chrome Hearts Marks and Copyrighted Works or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise;

    (d)    Passing off, inducing or enabling others to sell or pass off any products or other items that are not Chrome Hearts' genuine merchandise as genuine Chrome Hearts merchandise;

    (e)    Engaging in any other activity that will dilute the distinctiveness of the Chrome Hearts Marks;

    (f)    Committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendant is licensed, authorized,

offered, produced, or sponsored by, or are in any other way associated with Chrome Hearts;

    (g)    Engaging in any other activity constituting unfair competition with Chrome Hearts, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements associated with Chrome Hearts;

    (h)    Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (a) to (g) above.

**IT IS SO ORDERED.**

DATED: November 20, 2013

Honorable Miranda M. Du
**United States District Judge**